UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br>DARRYL WILLIAMS,<br><br>                Defendant. | Case No. 3:99-cr-00161-HDM-RAM<br><br>ORDER |

On June 3, 2019, the court appointed the Federal Public Defender to represent defendant for the limited purpose of deciding whether defendant might qualify for 28 U.S.C. § 2255 relief in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). IT IS THEREFORE ORDERED that on or before November 8, 2019, the Federal Public Defender shall advise the court of the status of this case.

IT IS SO ORDERED.

DATED: This 25th day of October, 2019.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE