UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:99-cr-00161-HDM-RAM |
| Plaintiff, | |
| v. | ORDER |
| DARRYL WILLIAMS, | |
| Defendant. | |

On June 3, 2019, the court appointed the Federal Public Defender to represent the defendant for the limited purpose of deciding whether defendant might qualify for 28 U.S.C. § 2255 relief in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). On November 8, 2019, counsel advised that she was still evaluating whether the defendant might qualify for relief. IT IS THEREFORE ORDERED that on or before February 25, 2020, the Federal Public Defender shall advise the court of the status of this case.

IT IS SO ORDERED.

DATED: This 10th day of February, 2020.

_Howard D McKibben_

UNITED STATES DISTRICT JUDGE