UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:99-cr-00161-HDM-RAM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DARRYL WILLIAMS, | |
| Defendant. | |

    The defendant's motion for leave to file Exhibits B and C, which are the defendant's medical records, under seal (ECF No. 47) is GRANTED. Exhibits B and C (ECF No. 46) are deemed properly filed under seal.

    IT IS SO ORDERED.

    DATED: This 3rd day of August, 2020.

                                          *Howard D. McKibben*
                                        UNITED STATES DISTRICT JUDGE